E. P. LANGLEY et al., In Equity,

*vs.*

LOUIS T. CHABOT et als.

Androscoggin County. Decided December 29, 1910. The rescript is as follows: "In an equity cause the decision of the sitting Justice upon matters of fact should not be reversed on appeal unless it appears that such decision is manifestly wrong. *Hartley* v. *Richardson*, 91 Maine, page 428, and cases cited.

"In the case at bar no questions of law were in dispute, and all the issues of fact were found by a jury in favor of the plaintiffs. Thereafter, upon hearing, the sitting Justice, in confirmation of the jury's findings, decided all matters of fact in the plaintiffs' favor, and made his decree accordingly. It is the opinion of the court that the decision of the sitting Justice is justified by the evidence and should be affirmed with costs. Decree of sitting Justice affirmed with additional costs." *Newell & Skelton*, for plaintiffs. *McGillicuddy & Morey*, for defendants.

---

GEORGE M. CURRIER *vs.* B. G. & C. M. MARCH.

Franklin County. Decided December, 1910. Assumpsit to recover the sum of $36.28 alleged by the plaintiff to be due him by the defendants for commissions on renewal premiums collected for the Penn Mutual Life Insurance Company for the year 1908. At the conclusion of the evidence the case was reported to the Law Court for determination. The rescript says: "The court being evenly divided upon the testimony, upon the question whether the plaintiff actively represented the defendants during the year 1908, the report is discharged and the case is remitted to nisi prius for further hearing." *Joseph C. Holman*, for plaintiff. *Wilford G. Chapman*, for defendants.